IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Neri, Julio | Case Number: 04 B 43591 |
| Neri, Gloria | Judge: Squires, John H |
| Printed: 11/25/08 | Filed: 11/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 24, 2008
Confirmed: January 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,248.00 | |
| Secured: | | 4,662.46 |
| Unsecured: | | 5,147.66 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 695.88 |
| Other Funds: | | 48.00 |
| Totals: | 13,248.00 | 13,248.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,694.00 | 2,694.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 5. | Bank One | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 4,662.46 | 4,662.46 |
| 7. | Marshall Field & Company | Unsecured | 10.20 | 16.73 |
| 8. | Bank One | Unsecured | 50.11 | 82.24 |
| 9. | Resurgent Capital Services | Unsecured | 484.34 | 794.87 |
| 10. | Discover Financial Services | Unsecured | 711.55 | 1,167.76 |
| 11. | Resurgent Capital Services | Unsecured | 156.62 | 257.05 |
| 12. | ECast Settlement Corp | Unsecured | 77.66 | 127.40 |
| 13. | Kohl's/Kohl's Dept Stores | Unsecured | 94.81 | 155.56 |
| 14. | World Financial Network Nat'l | Unsecured | 10.43 | 17.11 |
| 15. | Nicor Gas | Unsecured | 52.36 | 85.94 |
| 16. | ECast Settlement Corp | Unsecured | 34.13 | 56.01 |
| 17. | Wells Fargo Financial | Unsecured | 64.73 | 106.21 |
| 18. | ECast Settlement Corp | Unsecured | 498.60 | 818.30 |
| 19. | Resurgent Capital Services | Unsecured | 269.88 | 442.92 |
| 20. | Resurgent Capital Services | Unsecured | 449.94 | 738.43 |
| 21. | ECast Settlement Corp | Unsecured | 66.06 | 108.41 |
| 22. | Resurgent Capital Services | Unsecured | 105.27 | 172.72 |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 25. | Home Depot | Unsecured | | No Claim Filed |
| 26. | First North American Nat Bk | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Neri, Julio
Neri, Gloria
Printed: 11/25/08

Case Number: 04 B 43591
Judge: Squires, John H
Filed: 11/23/04

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 28. | Sam's Club | Unsecured | | No Claim Filed |
| 29. | SBC | Unsecured | | No Claim Filed |
| 30. | CB USA | Unsecured | | No Claim Filed |
| 31. | Target National Bank | Unsecured | | No Claim Filed |
| 32. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 33. | Harvey Anesthesiologists SC | Unsecured | | No Claim Filed |
| 34. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 35. | Surgical Consultants | Unsecured | | No Claim Filed |
| | | | $ 10,493.15 | $ 12,504.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 62.79 |
| 4% | 38.64 |
| 3% | 24.84 |
| 5.5% | 149.25 |
| 5% | 44.85 |
| 4.8% | 82.47 |
| 5.4% | 293.04 |
| | $ 695.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

